

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS        :
LIABILITY LITIGATION (NO. VI)    :  CIVIL ACTION No. 2:08CV86727-ER

FILED

MAR 3 0 2009

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

---

This Document Relates To:

---

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IDA F. STEPHENS                                           PLAINTIFF

VS.                                   CIVIL ACTION NO.  1:05-CV-187 WJG

RAPID AMERICAN CORPORATION, ET AL.              DEFENDANTS

---

## MOTION FOR PARTIAL DISMISSAL AND ORDER TO TRANSFER TO "BANKRUPT'S ONLY" DOCKET

Plaintiff hereby submits to the Court, in accordance with this Court's Administrative Order No. 12, that the remaining claims in this action are against bankrupt and non-bankrupt defendants. Plaintiff desires to dismiss with prejudice all claims against the remaining non-bankrupt defendants and pursue those claims remaining against the bankrupt defendants through the bankruptcy claim process.

The remaining non-bankrupt defendants to be dismissed with prejudice are:

1.     **RAPID AMERICAN CORPORATION**

2.     **THE BENDIX CORPORATION**

3.     **OWENS-ILLINOIS, INC.**

4.     **PNEUMO ABEX CORPORATION**

5.     **AMCHEM PRODUCTS, INC.**

6.     **PHARMACIA**

7.     **WEYERHAUSER**

8.    GOULDS PUMP TRADING CO.

9.    WATTS INDUSTRIES, INC.

10.   CRANE CO.

11.   CERTAINTEED CORPORATION

12.   CROSSFIELD PRODUCTS, INC.

13.   DANA CORPORATION

14.   FOSTER WHEELER CORPORATION

15.   KOMP EQUIPMENT COMPANY, INC.

16.   MAREMONT CORPORATION

17.   METROPOLITAN LIFE INSURANCE COMPANY

18.   MINNESOTA MINING & MANUFACTURING CO.

19.   MISSISSIPPI RUBBER & SPECIALTY CO.

20.   NATIONAL SERVICE INDUSTRIES, INC.

21.   PFIZER, INC.

22.   UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC. F/K/A
      UNION CARBIDE CORPORATION

23.   UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC.

24.   AMERICAN STANDARD, INC.

25.   GARLOCK, INC.

26.   ALLIEDSIGNAL, INC.

27.   AMMCO TOOLS, INC.

28.   CSK AUTO CORP.

29.   FORD MOTOR COMPANY

30. GENERAL MOTORS CORPORATION

31. GENERAL ELECTRIC COMPANY

32. LAUREL TRUCK PARTS & SUPPLY INC.

33. LEAR CORPORATION F/K/A LEAR SEIGLER, INC.

34. NAPA AUTO PARTS, INC.

35. NAPA AUTO PARTS OF PRENTISS, INC.

36. QUALITY AUTO PARTS OF BILOXI, INC.

37. TIGER PARTS, INC.

38. WALLS AUTO AND TRACTOR PARTS, INC. F/K/A NAPA AUTO PARTS, INC.

39. JOHN DEERE COMPANY

40. NAVISTAR INTERNATIONAL TRANSPORTATION CORP.

41. A.O. SMITH

42. A.R. WILFLEY & SONS, INC.

43. A.W. CHESTERTON

44. FKI INDUSTRIES, INC. D/B/A ACCO CHAIN AND LIFTING PRODUCTS DIV. F/K/A AMERICAN CHAIN COMPANY, INC.

45. ACF INDUSTRIES, INC. F/K/A THE AMERICAN CAR AND FOUNDRY COMPANY

46. APV HOMOGENIZER, INC. A/K/A NORTH AMERICA INC.

47. AEROFIN CORPORATION ON BEHALF OF BUFFALO FORGE CORP.

48. ALBANY INTERNATIONAL CORP., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ALBANY FELT COMPANY

49. ALFA LAVAL FLOW/TRI-CLOVER INC./ALFA LAVAL INC.

50. ALLEGHENY-YORK CO.

51.    ALLEN-BRADLEY CO.

52.    AMERICAN CYANAMID CO.

53.    COOPER ALLOY CORPORATION AGENT OF COOPER ALLOY FOUNDRY & COMPANY

54.    AMERICAN-MARSH PUMPS, INC.

55.    AMES COMPANY, INC.

56.    AMETEK, INC.

57.    ANCHOR/DARLING VALVE CO.

58.    ANCHOR PACKING COMPANY

59.    ANCO INSULATIONS, INC.

60.    ANDERSON GREENWOOD/CROSBY D/B/A CROSBY VALVE, INC.

61.    ANDRITZ,INC.

62.    AQUA-CHEM, INC.

63.    ALCO INDUSTRIES, INC.

64.    ARMSTRONG INTERNATIONAL, INC. D/B/A ARMSTRONG MACHINE WORKS

65.    ARVINMERITOR, INC.

66.    ASCO POWER TECHNOLOGIES

67.    ASCO VALVE

68.    ASHLAND OIL, INC.

69.    ASHLAND CHEMICAL

70.    ASHLAND, INC.

71.    ASTEN-JOHNSON, INC.

72. ATLAS COPCO COMPRESSORS, INC.

73. AURORA PUMPS

74. GOODRICH CORPORATION

75. BAKER HUGHES, INC.

76. BALDOR ELECTRIC COMPANY

77. BEAZER EAST, INC.

78. B-I-F

79. BUDD COMPANY

80. BURNS INTERNATIONAL SERVICES CORPORATION F/K/A BORG-WARNER CORP.

81. BW/IP INTERNATIONAL, INC. F/K/A BORGWARNER INDUSTRIAL PRODUCT

82. CNA HOLDINGS, INC.

83. CADILLAC PLASTIC GROUP, INC.

84. CARVER PUMP CO.

85. TYCO INTERNATIONAL, LTD

86. CENTRAL MINING FINANCE LIMITED

87. CHAMPLAIN CABLE

88. CHEVRON TEXACO CORPORATION

89. CIRCOR INTERNATIONAL, INC.

90. CLARK-RELIANCE CORP.

91. COLLINS AND AIKMANN CORPORATION

92. COLLINS PACKING CO., INC.

93.    COOPER TURBO COMPRESSOR

94.    COPES VULCAN, INC.

95.    CROMPTON CORPORATION

96.    CROUSE-HINDS CO.

97.    CURTISS-WRIGHT FLOW CONTROL

98.    DELAVAN GAS TURBINE PRODUCTS

99.    DELEVAN PROCESS INSTRUMENTATION

100.   DETROIT STOKER

101.   DEZURIK

102.   DORR-OLIVER, INC.

103.   DOVER CORPORATION

104.   DURABLA MANUFACTURING COMPANY

105.   DURAMETALLIC   CORP.   ALSO   KNOWN   AS   FLOWSERVE
       CORPORATIONAL-FLUID SEALING DIVISION

106.   EDWARDS VOGT VALVE, INC.

107.   ELLIOT TURBO MACHINERY CO., INC.

108.   EMERSON ELECTRIC CO.

109.   YUBA HEAT TRANSFER CO.

110.   EXXON MOBILE CORP.

111.   FMC CORPORATION

112.   FAIRBANKS MORSE PUMP CORPORATION

113.   FALK COMPANY

114.   THE FALK CORPORATION

115.   FIRESTONE TIRE & RUBBER CO.

116.   FISHER CONTROLS INTERNATIONAL, INC.

117.   FISHER SERVICE CO.

118.   COLFAX CORPORATION

119.   FLOWSERVE ANCHOR DARLING OPERATIONS

120.   FLOWSERVE CORP. ON BEHALF OF THE DURION COMPANY, INC.

121.   MINSTAR, INC.

122.   ATOFINA CHEMICAL, INC.

123.   FURON COMPANY

124.   FURON MECHANICAL SEAL

125.   GARDNER DENVER, INC.

126.   GARFIELD MFG. CO.

127.   GAST MANUFACTURING, INC.

128.   GE POLYMERLAND, INC.

129.   GE PLASTICS GLOBAL TECHNOLOGY LIMITED PARTNERSHIP

130.   GENERAL PLASTICS CORPORATION F/K/A GENERAL PLASTICS, INC.

131.   GOODYEAR TIRE & RUBBER COMPANY

132.   GORMAN-RUPP CO.

133.   GOULD, INC./GOULD ELECTRONICS, INC.

134.   GREENE TWEED & CO.

135.   ACCURATE FELT & GASKET MANUFACTURING CO.

136.   GULF BELTING & GASKET COMPANY

137.   HAMILTON SUNDSTRAND CORPORATION

138.   HAMILTON SUNDSTRAND

139.   HAMMOND VALVE CO.

140.   HARWICK CHEMICAL MFG. CO.

141.   HENRY VOGT MACHINE CO.

142.   HERCULES, INC.

143.   HOKE, INCORPORATED

144.   HUBBELL, INC.

145.   YARWAY CORP.

146.   IMO INDUSTRIES, INC.

147.   ILLINOIS TOOL WORKS, INC.

148.   INDIAN HEAD INDUSTRIES, INC.

149.   INVENSYS PLC

150.   INVENSYS METERING SYSTEM-NORTH AMERICA,INC.

151.   I.U. NORTH AMERICA, INC.

152.   JOHN CRANE, INC.

153.   JOHN H. CARTER CO., INC.

154.   KOPPERS INDUSTRIES, INC.

155.   WHITTAKER CLARK & DANIELS, INC.

156.   LAWRENCE PUMPS, INC.

157.   LAYNE & BOWLER, INC.

158.   LAYNE & BOWLER PUMP CO.

159.   LESLIE CONTROLS, INC.

160.   LIMITORQUE CORPORATION

161.   MAGNETROL INTERNATIONAL

162.   MANCHESTER TANK & EQUIPMENT COMPANY

163.   MARK CONTROLS CORPORATION

164.   MARLEY PUMP COMPANY

165.   MARSH INSTRUMENTS

166.   WHITE CONSOLIDATED INDUSTRIES, INC.

167.   MCCORD GASKET COMPANY

168.   MCKESSON CORPORATION

169.   MCMASTER-CARR SUPPLY CO.

170.   MEAD CORPORATION

171.   MET-PRO CORPORATION

172.   METALLO GASKET CO.

173.   MILTON ROY COMPANY

174.   MONSANTO COMPANY

175.   YEOMANS CHICAGO CORPORATION

176.   MOYNO, INC.

177.   MUELLER STEAM SPECIALTY

178.   N.L. INDUSTRIES, INC.

179.   NASH ENGINEERING CO.

180.   NIBCO, INC.

181. NOOTER CORPORATION

182. NOSROC CORP.

183. NVF MANUFACTURING COMPANY

184. PARKER HANNIFIN CORPORATION

185. PATTERSON-KELLEY

186. PECORA

187. PHILLIPS PETROLEUM COMPANY

188. PHOENIX SPECIALTY MFG. CO., INC.

189. PLASTICS ENGINEERING CO. (PLENCO)

190. POWERS REGULATOR CO.

191. WHEELER PROTECTIVE APPAREL CORPORATION

192. RANSBURG CORPORATION

193. REICHHOLD, INC.

194. RELIANCE ELECTRIC MOTORS

195. OPTICAL CORPORATION

196. RESCO PRODUCTS, INC.

197. REUNION INDUSTRIES, INC.

198. ROBBINS & MEYERS, INC.

199. ROCKWELL INTERNATIONAL

200. ROGERS CORPORATION

201. ROTH PUMP CO.

202. SB DECKING, INC.

203.  WEINMAN PUMP CO.

204.  S.T. JOHNSON CO.

205.  SCHUTTE & KOERTING, LLC

206.  SEPCO CORPORATION

207.  SHELL OIL COMPANY

208.  SIEMENS BUILDING TECHNOLOGIES, INC.

209.  SPENCE ENGINEERING CO., INC.

210.  SPIRAX-SARCO ENGINEERING, PLC

211.  SPIRAX-SARCO, INC.

212.  STEBBINS ENGINEERING AND MANUFACTURING COMPANY

213.  STRAHMAN VALVES, INC.

214.  SULZER PUMPS, INC.

215.  SUNDYNE CORPORATION

216.  SUNOCO, INC.

217.  SWAGELOK

218.  TRW, INC.

219.  TAYLOR-SIEDENBACH, INC.

220.  WEAKS ENTERPRISES, INC.

221.  WEIL-MCLAIN COMPANY

222.  TENNECO AUTOMOTIVE, INC.

223.  TEREX CORPORATION

224.  TEREX CRANES, INC.

225.   TEXACO, INC.

226.   TEXTRON, INC.

227.   THE DOW CHEMICAL COMPANY

228.   THE FOXBORO CO.

229.   THE MARLEY COMPANY

230.   THE QUAKER OATS COMPANY

231.   THE RICHARDSON COMPANY

232.   THE WEIR GROUP, PLC

233.   THE WM. POWELL INTERNATIONAL SALES CORPORATION

234.   THOMAS & BETTS CORPORATION

235.   TUTHILL CORP.

236.   TUTHILL PUMP CO.

237.   UNITED GILSONITE LABORATORIES

238.   UNITED INDUSTRIAL CORPORATION

239.   UNIVERSAL OIL PRODUCTS COMPANY

240.   VALERO ENERGY CORPORATION

241.   VELAN VALVE CORPORATION

242.   VIKING PUMP, INC.

243.   WARREN PUMPS, INC.

244.   WARREN-RUPP

245.   ITT INDUSTRIAL, INC.

246.   ITT JABSCO

247. ITT FLUID TECHNOLOGY CORP.

248. ITT GOULDS PUMP

249. FLINTKOTE COMPANY

250. SCOTT'S FERTILIZER

251. CYTEC INDUSTRIES, INC.

252. AMERICAN OPTICAL CORPORATION

253. AMETEK, INC. AS SUCCESSOR IN INTEREST TO HAVEG, INC.

254. GARLOCK SEALING TECHNOLOGIES, LLC

255. ARKEMA, INC. F/K/A ATOFINA CHEMICALS, INC.

256. MARLEY COOLING TECHNOLOGIES, INC. F/K/A THE MARLEY COOLING TOWER COMPANY

257. EXXON MOBIL CORPORATION

258. SPX CORPORATION ONLY ON BEHALF OF ITS COPES VULCAN DIVISION

259. BORG-WARNER CORPORATION

260. ROCKWELL AUTOMATION, INC., FORMERLY ROCKWELL INTERNATIONAL CORPORATION, AS SUCCESSOR IN INTEREST TO ROCKWELL MANUFACTURING

261. ROCKWELL AUTOMATION, INC'S, FORMERLY NAMED ROCKWELL INTERNATIONAL CORPORATION, AS SUCCESSOR IN INTEREST TO ALLEN-BRADLEY CO., LLC

262. ANCO INSULATIONS, INC.

263. INVENSYS SYSTEMS, INC.

264. FLOWSERVE US, INC. SOLELY AS SUCCESSOR TO LIMITORQUE CORPORATION

265. SENSUS METERING SYSTEMS NA INC. AS SUCCESSOR TO INVENSYS

METERING SYSTEMS-NORTH AMERICA, INC.

266.   ROCKWELL AUTOMATION, INC. FORMERLY NAMED ROCKWELL INTERNATIONAL CORPORATION

267.   FLOWSERVE US, INC. SOLELY AS SUCCESSOR TO ROCKWELL MANUFACTURING CO.

   Plaintiff therefore moves that, following the dismissal of the non-bankrupt defendants, this action be transferred to the Court's administrative "Bankrupt's Only" docket. The Plaintiff understands that should there be a change of circumstances, the Plaintiff may, upon compliance with Administrative Order No. 12, petition the Court to have this action reinstated against certain bankrupt defendants.

   Plaintiff further understands that it is Plaintiff's responsibility to submit a final dismissal order to this Court when all claims have been resolved.

                                        SO ORDERED

                                        _____
                                        UNITED STATES DISTRICT COURT JUDGE
                                        ( 3 / 5 /2009 )
                                        Eduardo C. Robreno

SUBMITTED BY:


/s Timothy W. Porter
Counsel for Plaintiff:
Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone:  (601) 957-1173
Facsimile:  (601) 957-7366